UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ricky Moore,

                Plaintiff,        Case No. 23-11815

v.                                Judith E. Levy
                                 United States District Judge

Devonta Lyons and John Does,

                                 Mag. Judge Kimberly G. Altman

                Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [35]**

      Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation recommending the Court grant Defendant Devonta Lyons' motion for summary judgment (ECF No. 28) and dismiss without prejudice Plaintiff's claims against the two unknown corrections officers and unknown nurse. (ECF No. 35.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). As of this date, no objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

      The Report and Recommendation (ECF No. 35) is ADOPTED;

Defendant's motion for summary judgment (ECF No. 28) is GRANTED;

The John Doe Defendants are DISMISSED WITHOUT PREJUDICE; and

This case is hereby DISMISSED.[1]

IT IS SO ORDERED.

| | |
|---|---|
| Dated: August 13, 2025<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 13, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).